UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHOSHANA ROBACK,

Plaintiff,

vs().                                                   Case No.: 11-60199-CIV-COOKE/BANDSTRA

POLLACK & ROSEN, P.A.,

Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), the parties to this action submit this Joint Stipulation of Dismissal with prejudice. The parties agree that each party shall bear their own costs and attorneys' fees in connection with this action.

Dated: June 29, 2011                                                  Respectfully submitted,

/s Andrew I. Glenn_____                         /s Joel D. Lucoff_____
Andrew I. Glenn                                                             Joel D. Lucoff, Esq.
E-mail: Andrew@cardandglenn.com                                Florida Bar No. 192163
Florida Bar No.: 577261                                                 Email: joell@pollackrosen.com
J. Dennis Card, Jr.                                                         POLLACK & ROSEN, P.A.
E-mail: Dennis@cardandglenn.com                                800 Douglas Rd., Suite 450
Florida Bar No. 0487473                                                Coral Gables, FL 33134-3189
Card & Glenn, P.A.                                                        Telephone: (305) 448-0006
2501 Hollywood Boulevard, Suite 100                           Facsimile: (305) 569-0101
Hollywood, Florida 33020                                              Attorneys for Defendant
Telephone: (954) 921-9994
Facsimile: (954) 921-9553
Attorneys for Plaintiff

1